IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| James Bohannon, : | |
| : | |
| Petitioner, : | |
| : | Case Number: 1:12cv542 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Warden, Allen/Oakwood Correctional : | |
| : | |
| Respondent. : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz filed on October 15, 2013 (Doc. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 1, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the petition is **DISMISSED** with prejudice.  Reasonable jurists will not disagree, therefore, petitioner is **DENIED** a certificate of appealability.  The Court will certify to the Sixth Circuit that any appeal will be objectively frivolous.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court